UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL E. SULLIVAN | CIVIL ACTION |
| VERSUS | NO. 11-2597 |
| WORLEY CATASTROPHE SERVICES, LLC | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### J U D G M E N T

Considering the court's Order and Reasons granting defendant's motion for summary judgment, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Worley Catastrophe Services, LLC, and against plaintiff, Michael E. Sullivan, dismissing plaintiff's age discrimination claim WITH PREJUDICE, plaintiff to bear all costs of these proceedings.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Worley Catastrophe Services, LLC, and against plaintiff, Michael E. Sullivan, dismissing plaintiff's state law claims WITH<u>OUT</u> PREJUDICE.

New Orleans, Louisiana, this ___7th___ day of October, 2013.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE